United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 24, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-30472

OMA JO EVANS,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Louisiana

(USDC No. 1:01-CV-1938)

Before HIGGINBOTHAM, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5ᵀᴴ CIR. R. 47.6.

---

[*] Pursuant to 5ᵗʰ Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵗʰ Cir. R. 47.5.4.